UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,          1:08- MJ-51

v.

BRADLEY M. SMITH,          VIOLATION Nos. 0754281, 0754283 & 0754285

          Defendant.
_____/

## UNITED STATES' MOTION TO DISMISS

The United States of America, by and through its attorneys, Donald A. Davis, United States Attorney for the Western District of Michigan, and Julie Ann Woods, Assistant United States Attorney, moves for dismissal of the above captioned case and underlying violation notices for the following reasons:

1. The parties agreed that the charges would be deferred for one year.

2. The parties agreed that if the defendant did not commit any additional state or federal offenses during the year of deferred prosecution, the charges would be dismissed.

3. The defendant complied with the terms of the agreement between the parties.

WHEREFORE, the United States requests dismissal of the violation numbers listed above.

                                      DONALD A. DAVIS
                                      United States Attorney

Dated: February 23, 2010         /s/Julie Ann Woods
                                      JULIE ANN WOODS
                                      Assistant United States Attorney

## ORDER TO DISMISS

IT IS HEREBY ORDERED that for good cause shown, case listed above is dismissed.

Dated: Feb. 23, 2010                /s/ Hugh W. Brenneman, Jr.
                                      HUGH W. BRENNEMAN, JR.
                                      United States Magistrate Judge